**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 50 EM 2021

              Respondent          :

                      :

                  v.                  :

KAREEM MOSLEY,                   :

              Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of November, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file the already-prepared Petition for Allowance of Appeal within five days.